UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

| | |
|---|---|
| Mantrose-Haueser Co., Inc., : | |
| : | Civil Action No. 6:06-cv-06362-MAT |
| Plaintiff, : | |
| v. : | |
| : | Judge Telesca |
| FreshXtend Technologies Corp., : | |
| : | Jury |
| Defendant : | |

ORDER EXTENDING TIME TO ANSWER
OR OTHERWISE RESPOND

Having considered the agreement between Plaintiff and Defendant, and good cause having been shown,

IT IS SO ORDERED that FreshXtend shall have until September 11, 2006, to answer or otherwise respond to the Complaint.

S/ MICHAEL A. TELESCA
Hon. Michael A. Telesca, U.S.D.J.

Dated: August 9, 2006