UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    MANTROSE-HAEUSER CO., INC.

                    Plaintiff(s)

    -vs-                               06-Cv-6362

    FRESHXTEND TECHNOLOGIES CORP.

                      Defendant(s)
_____

        Jenny L. Sheaffer, Esq. has submitted to the Court evidence that she is presently a member in good standing of the Bar of Ohio and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of Jenny L. Sheaffer, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

        Wherefore, upon receipt of the $75.00 admission fee, Jenny L. Sheaffer, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

        ALL OF THE ABOVE IS SO ORDERED.

                                        <u>S/ MICHAEL A. TELESCA</u>
                                        MICHAEL A. TELESCA
                                        United States District Judge

Dated:  Rochester, New York
        August 18, 2006