UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    MANTROSE-HAUSER CO., INC.

                       Plaintiff(s)

    -vs-                                06-Cv-6362T

    FRESHXTEND TECHNOLOGIES CORP.

                       Defendant(s)
_____

        John J. Lauter, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of New York and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of John J. Lauter, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

        Wherefore, upon receipt of the $75.00 admission fee, John J. Lauter, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

        ALL OF THE ABOVE IS SO ORDERED.

                                              <u>S/ MICHAEL A. TELESCA</u>
                                              MICHAEL A. TELESCA
                                              United States District Judge

Dated:  Rochester, New York
        August 31, 2006