UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    MANTROSE-HAUSER CO., INC.

                  Plaintiff(s)

   -vs-                                    06-Cv-6362T

    FRESHXTEND TECHNOLOGIES CORP.

                  Defendant(s)
_____

      Bradley F. Raudemaker, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of Illinois and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of Bradley F. Raudemaker, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

      Wherefore, upon receipt of the $75.00 admission fee, Bradley F. Raudemaker, Esq. will be admitted to practice <u>pro hac vice</u> in the above-captioned matter.

      ALL OF THE ABOVE IS SO ORDERED.

                                             S/ MICHAEL A. TELESCA
                                        MICHAEL A. TELESCA
                                        United States District Judge

Dated:  Rochester, New York
       September 11, 2006